Vicki J. Maniatis, Esq.
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**
405 East 50th Street
New York, New York 10022
Phone: (212) 594-5300
vmaniatis@milberg.com

*Attorney for Plaintiff and the putative Class*

[Additional Attorneys on Signature Page]

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEVEN MOLNAR, Individually and on behalf of the Virtua Inc., 401(k) Plan and on behalf of all the similarly situated Participants and beneficiaries of the plan,<br><br>Plaintiff,<br><br>v.<br><br>VIRTUA HEALTH, INC.; and THE FINANCE & INVESTMENT COMMITTEE OF THE VIRTUA HEALTH, INC., 401(K) SAVINGS PLAN; John and Jane Does 1-30 in their capacities as members of the Administrative Committee,<br><br>Defendant. | Case No. 1:25-cv-01081-CPO-AMD |

1

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Steven Molnar, pursuant to F.R.C.P. Rule 41(a)(1)(A)(i), hereby voluntarily dismisses this action against Defendants Virtua Health, Inc. and The Finance & Investment Committee of the Virtua Health, Inc. 401(K) Savings Plan without prejudice.

Dated: February 18, 2025                    Respectfully submitted,

 s/ Vicki J. Maniatis
Vicki J. Maniatis, Esq.
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC**
405 East 50th Street
New York, New York 10022
Phone: (212) 594-5300
vmaniatis@milberg.com

James E. Cecchi
**CARELLA BYRNE CECCHI
BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, NJ 07068
P: 973-994-1700
jcecchi@carellabyrne.com

Gary M. Klinger
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tel: (866) 252-0878
gklinger@milberg.com

2

Alexandr Rudenco
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC**
800 S. Gay St., Suite 1100
Knoxville, TN 37929
Tel: (865) 247-0080
arudenco@milberg.com

*Counsel for Plaintiff and the Prospective
Class*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 18, 2025 the foregoing

document was filed via the Court's ECF system, which will cause a true and correct

copy of the same to be served electronically on all ECF-registered counsel of record.

*/ s/ Vicki J. Maniatis*
Vicki J. Maniatis, Esq.
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC**
405 East 50th Street
New York, New York 10022
Phone: (212) 594-5300
vmaniatis@milberg.com

3